UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case Number: 1:22-cv-21068-MGC

JUAN CARLOS GIL,

    Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES, LTD.,
RRH – FLORIDA, LLC,
1170 SUPERMARKET, LLC, and
HIALEAH LATIN CAFÉ, INC.

    Defendants.
_____/

## JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, JUAN CARLOS GIL, ("Plaintiff"), and Defendant, HIALEAH LATIN CAFÉ, INC. ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, as to this Defendant only, with each party to bear its own attorney's fees and costs except as indicated in the confidential settlement agreement.

    STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

 Respectfully submitted on May 24, 2022.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Edilberto O. Marban* |
| ANTHONY J. PEREZ, ESQ. | EDDY O. MARBAN, ESQ. |
| Florida Bar No. 535451 | Florida Bar No: 435960 |
| GARCIA-MENOCAL & PEREZ, P.L. | THE LAW OFFICE OF EDDY O. MARBAN |
| 4937 S.W. 74th Court | 2655 S. LeJeune Road, Suite 804 |
| Miami, FL 33155 | Coral Gables, Florida 33134 |
| Telephone: (305) 553- 3464 | Phone: (305) 448-9292 |
| Email: ajperez@lawgmp.com | Email: em@eddymarbanlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Hialeah Latin Café, Inc.* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on May 24, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: dperaza@lawgmp.com; dramos@lawgmp.com

By: ___/s/ Anthony J. Perez_____
      ANTHONY J. PEREZ
      Florida Bar No.: 535451