UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE: 1:22-cv-21068-MGC

JUAN CARLOS GIL,

    Plaintiff,

v.

PALM SPRINGS MILE ASSOCIATES, LTD., RRH-FLORIDA, LLC, 1170 SUPERMARKET, LLC, and HIALEAH LATIN CAFÉ, INC.,

    Defendants.
_____/

### JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

Plaintiff, JUAN CARLOS GIL, ("Plaintiff"), and Defendant, 1170 SUPERMARKET, LLC, ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on July 18, 2022.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
GARCIA-MENOCAL & PEREZ, P.L.
4937 S.W. 74th Court
Miami, FL 33155
Telephone: (305) 553- 3464
Email: ajperez@lawgmp.com
*Counsel for Plaintiff*

/s/ *Evan Andrew Zuckerman*
EVAN ANDREW ZUCKERMAN
Vernis & Bowling of Broward PA
5821 Hollywood Boulevard
First Floor
Hollywood, FL 33021
954-927-5330
Fax: 954-927-5320
Email: ezuckerman@florida-law.com
*Counsel for Defendant, 1170 Supermarket, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 18, 2022.

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
4937 SW 74th Court, No. 3
Miami, FL 33155
Telephone: (305) 553-3464
Facsimile: (305) 553-3031
Primary E-Mail:  ajperez@lawgmp.com
Secondary  E-Mail:  dperaza@lawgmp.com;
dramos@lawgmp.com


By:     /s/ *Anthony J. Perez*
       ANTHONY J. PEREZ
       Florida Bar No.: 535451